# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,        :   No. 381 WAL 2019
: 
     Respondent        : 
:   Petition for Allowance of Appeal
:   from the Order of the Superior Court
      v.        : 
: 
: 
TONY BANKS,        : 
: 
     Petitioner        : 


## ORDER


**PER CURIAM**

 **AND NOW**, this 24th day of March, 2020, the Petition for Allowance of Appeal is **DENIED**.